UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-cr-00242-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

LONG KHONG,

        Defendant,

  and

ADVANTAGE SALES AND MARKETING,

        Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee, Advantage Sales And Marketing shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Payment Instructions: Checks shall be made payable to Clerk, U.S. District Court and mailed to:

        Clerk of the Court
        901 19th Street, A-105
        Denver, CO 80294

Please include the following information on each check:

    Name of Defendant:    <u>Long Khong</u>

    Court Number:    <u>11-cr-00242</u>

BY THE COURT:

Dated: <u>October 25, 2012</u>    *s/John L. Kane*
UNITED STATES DISTRICT JUDGE